RENO *v.* THE STATE on the relation of ACKERETT.

A cause was submitted after *May* 28, 1853, and before the statute dispensing with printed briefs was enacted, on a general assignment of errors, without brief. *Held,* that the failure to specify any error was a tacit admission that none existed.

ERROR to the *Jackson* Circuit Court.

STUART, J.—This case stands submitted since *May* 28, 1853, on a general assignment of errors, without brief.

The failure to specify any error is a tacit admission that none exists.

*Per Curiam.*—The judgment is affirmed, with 10 per cent. damages and costs.

*F. Emerson,* for the plaintiff.

*W. T. Otto,* for the state.